1  **COLT B. DODRILL, ESQ.**
**Nevada Bar No. 9000**
2  **WOLFE & WYMAN LLP**
**980 Kelly Johnson Drive, Suite 140**
3  **Las Vegas, NV  89119**
cbdodrill@wolfewyman.com
4  Tel: (702) 476-0100
Fax: (702) 476-0101
5
Attorneys for Defendant
6  **CTX Mortgage Company, LLC and**
**Kevin Gillespie.**
7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE DISTRICT OF NEVADA

10

11 | TINA SPANN-NEWELL, an individual                        CASE NO.:  2:10-cv-01293-KJD-LRL

12 |          Plaintiff,
        v.
                                                           **ORDER GRANTING**
13 | RALPH LENZI, and/or his successor, individually,       **MOTION TO DISMISS**
    and in his official capacity as PRES/CEO OF
14 | AURORA LOAN SERVICES, LLC, an ens legis
    being used to conceal fraud,;
15
    KEVIN GILLESPIE/ MANAGER and/or his
16 | successor, individually, and in his official capacity
    as PRES/CEO of CTX MORTGAGE COMPANY,
17 | LLC, an ens legis being used to conceal fraud,;

18 | WELLINGTON PAYANO and/or his successor,
    individually, and in his official capacity as,
19 | AGENT OF RECONTRUST COMPANY, N.A., an
    ens legis being used to conceal fraud,;
20
    R.K. ARNOLD, and/or his successor, individually,
21 | and in his official capacity as, PRES/CEO OF
    MORTGAGE ELECTRONIC REGISTRATION
22 | SYSTEMS, INC, an ens legis being used to conceal
    fraud,;
23
    MICHAEL J. WILLIAMS and/or his successor,
24 | individually, and in his official capacity as,
    PRES/CEO OF FEDERAL NATIONAL
25 | MORTGAGE ASSOCIATION (FANNIE MAE),
    an ens legis being used to conceal fraud,;
26
    AND JOHN DOES (Investors) 1-10,000,
27 | *et al,*

28 |          Defendants.

1
**ORDER GRANTING MOTION TO DISMISS**

KEVIN GILLESPIE ("Gillespie") and CTX MORTGAGE COMPANY LLC ("CTX" collectively hereinafter "Defendants"), by and through their attorneys, Wolfe & Wyman LLP, filed a Motion to Dismiss Plaintiff's Complaint (Docket No. 4) on August 4, 2010. The Docket Report indicates that a Response to Defendant's Motion to Dismiss was due by August 21, 2010.

Defendants, AURORA LOAN SERVICES, LLC ("Aurora"), RALPH LENZI, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") and R.K. ARNOLD filed a Joinder (Docket No. 8) on August 10, 2010.

Defendant MICHAEL J. WILLIAMS and Non-party FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE) filed a Joinder (Docket No. 14) on August 27, 2010.

Plaintiff, TINA SPANN-NEWELL, has failed to file a response to the Motion to Dismiss and Joinders thereto.

Defendant MICHAEL J. WILLIAMS and Non-party FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE) filed a Notice of Non-Response (Docket No. 21) on September 17, 2010.

The Court having considering the moving papers, its own files, and good cause appearing, FINDS as follows:

1. Pursuant to Local Rule 7-2(b), any Response and/or Opposition to Defendant's Motion to Dismiss was required to be filed with the Court and served within fourteen (14) days after service of the Motion. No Response and/or Opposition has been submitted to the Court or served on opposing party within the prescribed timeline. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file Points and Authority in response to any motion shall constitute consent to the granting of the motion.

2. The Court may grant the Motion to Dismiss without a hearing where a Local Rule provides another party who has failed to timely file an Opposition is deemed to have waived any objection to the Motion. <u>Eaton v. Reno</u>, 216 F.3d 1082, 1082 (9th Cir. 2000).

3. The Court may grant the Motion to Dismiss for failure to follow local rules if these five factors weigh in favor of dismissal: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants, (4) the

1  public policy favoring disposition of cases of their merits; and (5) the availability of less drastic

2  sanctions." Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).

3      4.    The Court finds that the five Ghazali factors weigh in favor of dismissal.

4      5.    The Court has reviewed Defendant's Motions, and finds them to have merit.

5  IT IS THEREFORE ORDERED, that based on the foregoing, Defendants' Motion to

6  Dismiss Plaintiff's Complaint and all joinders thereto are hereby GRANTED.

7  IT IS FURTHER ORDERED that Plaintiff's Complaint is DISMISSED with prejudice.

8  

9  IT IS SO ORDERED on this <u>24th</u> day of <u>February</u>, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:　　　　　　　　　　WOLFE & WYMAN LLP


By: */s/ Colt B. Dodrill*

COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119
Phone (702) 476-0100
Fax (702) 476-0101

Attorneys for Defendant
**CTX Mortgage Company, LLC**
**Kevin Gillespie**

V:\CTX Mortgage (1203)\051 (spann-newell)\Pleadings\Proposed Order Granting Motion to Dismiss.doc